FILED
November 10, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff,　　　　　　　 )<br>v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>ZEFFREY CAIN,　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant.　　　　　　　) | Case No. 2:14-cr-00304-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, ZEFFREY CAIN, Case No. 2:14-cr-00304-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___　Release on Personal Recognizance

　_X_　Bail Posted in the Sum of: $25,000.00.

　　　_X_　Unsecured Appearance Bond

　　　___　Secured Appearance Bond

　　　_X_　(Other) Conditions as stated on the record.

　　　_X_　(Other) The bond paperwork is to be filed by 11/20/2014.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _11/10/2014_ at _2:45 p.m._

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge