**FILED**
November 10, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ZEFFREY CAIN, )<br>)<br>Defendant. ) | Case No. 2:14-cr-00304-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ZEFFREY CAIN, Case No. 2:14-cr-00304-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $25,000.00.

    __X__   Unsecured Appearance Bond

    _____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) The bond paperwork is to be filed by 11/20/2014.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   11/10/2014   at   2:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge